```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   20 Cr. 652-3 (VM)
     -against-                        :
                                      :   ORDER
Mikayel Yeghoyan                      :
                                      :
          Defendant                   :
                                      :
--------------------------------------X
```

VICTOR MARRERO, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
          February 4, 2021

                            SO ORDERED:

                            Victor Marrero
                            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021