```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   20 Cr. 652-3 (VM)
     -against-                      :   ORDER
                                    :
Mikayel Yeghoyan                    :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

VICTOR MARRERO, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing/treatment as directed by Pretrial Services.

    Dated: New York, New York
          June 29, 2021

                              SO ORDERED:

                              Victor Marrero
                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021