USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA

-against-

Mikayel Yeghoyan

Defendant
-------------------------------------X

20 Cr. 652-3 (VM)

ORDER

VICTOR MARRERO, United States District Judge:

It is hereby ORDERED that:

1) Defendant Mikayel Yeghoyan, shall participate and successfully complete residential treatment at Turning Point, located at 680 Broadway, Paterson, New Jersey.

2) The defendant's location monitoring condition shall be suspended during his participation in residential treatment.

Dated: New York, New York

July 13, 2021

SO ORDERED:

Victor Marrero
U.S.D.J.