USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

UNITED STATES OF AMERICA      :     **ORDER**
                  :

  -v.-                    :     20 Cr. 652 (VM)
                  :

MIKAYEL YEGHOYAN,      :
                  :

      Defendant.        :
                  :
                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, with the consent of defendant Mikayel Yeghoyan, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on April 25, 2023;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for August 18, 2023 at 2:00 p.m.

SO ORDERED.

    Dated:  New York, New York
           June  7 , 2023       _____
                                 HONORABLE VICTOR MARRERO
                                 UNITED STATES DISTRICT JUDGE