```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

MIKAYEL YEGHOYAN,

                Defendant.

20 Cr. 652 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The request of the defendant (Dkt. No. 288) is granted. The sentencing of the defendant, scheduled for August 18, 2023, is hereby adjourned to September 15, 2023 at 3:00 p.m.

**SO ORDERED.**

Dated:    10 August 2023
            New York, New York

                                      _____
                                        Victor Marrero
                                          U.S.D.J.