```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

- against -

MIKAYEL YEGHOYAN,

               Defendant.

---

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby directed to respond within fourteen (14) days to the motion (see Dkt. No. 381), dated March 20, 2024, filed by defendant Mikayel Yeghoyan.

**SO ORDERED.**

Dated:    29 March 2024
            New York, New York

                                                                          Victor Marrero
                                                                          U.S.D.J.