```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

MIKAYEL YEGHOYAN,

                Defendant.

---

**20 Cr. 652 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In a filing dated March 20, 2024 (see Dkt. No. 381), defendant Mikayel Yeghoyan ("Yeghoyan") moved the Court to amend the restitution order in this matter (see Dkt. No. 309) to stay restitution payments until Yeghoyan's release from imprisonment. Yeghoyan is currently scheduled to be released in October 2026, according to the online inmate locator tool on the Bureau of Prisons website. Yeghoyan relies on United States v. Borker, No. 22 Cr. 273 (S.D.N.Y. Dec. 18, 2023), ECF No. 42, in which Judge Rakoff granted a similar motion.

On March 28, 2024, the Court ordered the Government to respond within fourteen (14) days — i.e., by April 12, 2024 — to Yeghoyan's motion. The Government has not responded.

For the reasons given by Judge Rakoff in Borker, Yeghoyan's motion is hereby **GRANTED**. An amended restitution order will be issued accordingly.

The Clerk of Court is hereby respectfully directed to mail a copy of this Order to Mikayel Yeghoyan, Reg. No. 21104-509, FMC Devens, P.O. Box 879, Ayer, MA 01432.

**SO ORDERED.**

Dated:    15 April 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.